Date: 09/15/10

# DIVIDENDS REMITTED TO THE COURT

Case Number 09-36598 - GONCHARUK, ANATOLIY

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025<br>1439 | 000003 | 547.03 | 4.90 |
| Remittance Total | | 547.03 | 4.90 |

MICHAEL J. IANNACONE, Trustee

Printed: 09/15/10 03:42 PM    Ver: 15.20

COURTI